ISAAC JOSEPH SEXTON, PHILIP BLUME, ISIDORE MILLER, JOSEPH MILLER, LOUIS HEYMAN, DEBORAH RUBIN, VICTOR R. LEVEY, MARY B. LEVEY, HIS WIFE, FRED N. NICOLACOPULOS AND ANNA GRANT, PLAINTIFFS-RESPONDENTS, v. ESSEX COUNTY RITUALARIUM, AN UNINCORPORATED ASSOCIATION, AND ESSEX COUNTY RITUALARIUM SYNAGOGUE, A CORPORATION OF NEW JERSEY, DEFENDANTS-APPELLANTS.

Superior Court of New Jersey
Appellate Division

Argued September 8, 1952—Decided September 10, 1952.

Before Judges JAYNE, PROCTOR, and SCHETTINO.

*Mr. Harry Green* argued the cause for appellants (*Messrs. Hodes & Hodes,* attorneys; *Mr. William Hodes*).

*Mr. Bernard Freedman* argued the cause for respondents (*Messrs. Koehler, Augenblick & Freedman,* attorneys).

The opinion of the court was delivered

PER CURIAM.    The judgment is affirmed for the reasons expressed in the opinion of Judge Ewart in *Sexton v. Bates,* 17 *N. J. Super.* 246 (*Law Div.* 1951).